United States Probation Office
Eastern District of North Carolina
Western Division

Docket No. 5:14-CR-199-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| ENOCH ELANZER HOLLOWAY JR. ) | |
| Defendant ) | |

    This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for February 5, 2015, in New Bern. The case is hereby CONTINUED to that term of criminal court commencing on March 3, 2015.

    This  28th  day of    January    2015.

_____
Louise W. Flanagan
U.S. District Judge

> **Absent a continuance, this order will constitute the only notice of hearing provided by the court. The court's calendar, which will include more specific date and time of sentencing within the sentencing term, will be available on the court's website approximately three weeks prior to sentencing.**